PER CURIAM.

(No. 75-CC-948—)

THE FLAX COMPANY, Claimant, *vs.* STATE OF ILLINOIS, OFFICE OF EDUCATION, Respondent.

*Opinion filed May 13, 1975.*

THE FLAX COMPANY, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM J. KARAGANIS, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 75-CC-957—)

PAUL E. STEHMAN, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF CORRECTIONS, Respondent.

*Opinion filed May 13, 1975.*

PAUL E. STEHMAN, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; MARTIN A. SOLL, Assistant Attorney General, for Respondent.

PER CURIAM.